

ZACHARY W. CARTER
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

NANA K. SARPONG
*Assistant Corporation Counsel*
Phone: (212) 356-0827
Fax: (212) 356-3558
nsarpong@law.nyc.gov

March 24, 2017

**BY ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Moises Accede v. City of New York, et al.**,
              16 Civ. 6222 (BMC) (EDNY)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Police Officer Junior Celestin, Police Officer William Neville and Sergeant Ariana Esteban in the above-referenced matter. I write to advise the Court that the parties have reached a settlement agreement, in principle, and are currently preparing the settlement paperwork.

      Defendants thank the Court for its time and consideration.

Respectfully submitted,

_____/s/_____
Nana K. Sarpong
Assistant Corporation Counsel

cc: Edward Zaloba, Esq. (via ECF)