UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MOISES J. ACCEDE,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER WILLIAM NEVILLE, TAX REG. 949390, POLICE OFFICER JUNIOR CELESTIN, TAX REG. 941524, SEARGEANT ARIANA ESTEBAN SHIELD #2665, AND OTHER UNIDENTIFIED NEW YORK CITY POLICE OFFICERS INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY,

                                      Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16cv6222 (BMC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.       The above-referenced action is hereby dismissed with prejudice; ~~and~~

BMC*

2. ~~Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.~~

Dated: New York, New York
_____, 2017

EDWARD ZALOBA  
*Attorneys for Plaintiff*  
118-21 Queens Blvd, Suite 504  
Forrest Hills, NY 11375  
718-261-3000  

By: ___/s/ Edward Zaloba___  4-7-17  
EDWARD ZALOBA  
*Attorney for Plaintiff*

ZACHARY W. CARTER  
Corporation Counsel of the  
   City of New York  
*Attorney for Defendants City of New York,*  
   *Celestine, Neville and Esteban*  
100 Church Street, 3rd Floor  
New York, New York 10007  

By: ___/s/___  
Nana K. Sarpong  4/18/17.  
*Assistant Corporation Counsel*

SO ORDERED:  4/18/17

_____  
HON. BRIAN M. COGAN  
UNITED STATES DISTRICT JUDGE  

Dated: April 18, 2017

*The Court is not retaining jurisdiction over a settlement where it has not been advised nor given its approval of the terms of the settlement.